1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| M.K.,<br><br>            Plaintiff,<br><br>      v.<br><br>VISA CIGNA NETWORK POS PLAN,<br><br>            Defendant. | Case No. C12-04652 LHK<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' REQUEST FOR SUBSTITUTION OF COUNSEL**<br><br>Mag. Judge:       Hon. Lucy H. Koh<br>Complaint Filed: September 6, 2012 |

1     The Court hereby orders that the request of Defendant VISA CIGNA NETWORK POS

2 PLAN to substitute Sean P. Nalty (SBN: 121253) of the firm of Ogletree, Deakins, Nash, Smoak

3 & Stewart, P.C., Steuart Street Tower, One Market Plaza, San Francisco, CA 94105, telephone:

4 415-442-4810, facsimile: 415-442-4870; email: sean.nalty@ogletreedeakins.com, as attorney of

5 record instead of the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, is hereby granted.

6     IT IS SO ORDERED.

7

8 Dated: __May 5, 2013__           *Lucy H. Koh*
                                                      Honorable Lucy H. Koh
                                                      United States District Court Judge

14768574.2