1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                              **SAN JOSE DIVISION**

| | |
|---|---|
| M.K., | Case No. C12-04652 LHK |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' REQUEST FOR SUBSTITUTION OF COUNSEL** |
| VISA CIGNA NETWORK POS PLAN, | |
| Defendant. | Mag. Judge:     Hon. Lucy H. Koh<br>Complaint Filed:  September 6, 2012 |

1  The Court hereby orders that the request of Defendant VISA CIGNA NETWORK POS
2  PLAN to substitute Sean P. Nalty (SBN: 121253) of the firm of Ogletree, Deakins, Nash, Smoak
3  & Stewart, P.C., Steuart Street Tower, One Market Plaza, San Francisco, CA 94105, telephone:
4  415-442-4810, facsimile: 415-442-4870; email: sean.nalty@ogletreedeakins.com, as attorney of
5  record instead of the firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, is hereby granted.
6  IT IS SO ORDERED.

Dated: __May 5, 2013__

_____
Honorable Lucy H. Koh
United States District Court Judge

14768574.2